# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JIMMY RAY ARMER**
**ADC #143466**                                                                                          **PLAINTIFF**

v.                                    2:24-CV-00190-BSM

**DOE**                                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, the complaint is dismissed without prejudice and this case is closed.

IT IS SO ORDERED this 5th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE